NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1003

INTAMIN, LTD.,

Plaintiff-Appellant,

v.

MAGNETAR TECHNOLOGIES CORP.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 04-CV-0511, Judge Gary A. Feess.

ON MOTION

O R D E R

Upon consideration of the motion for extensions of time,

IT IS ORDERED THAT:

The motion is granted.  The appellant's opening brief is due no later than December 21, 2009.  The appellee's brief is due no later than February 2, 2010.

FOR THE COURT

DEC 1 5 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Ted S. Ward, Esq.
John B. Sganga, Jr., Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2009

JAN HORBALY
CLERK